United States Court of Appeals

For the Eighth Circuit
_____

No. 12-2903
_____

Bilder Peralta-Cifuentes

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of United States

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: April 17, 2013
Filed: April 22, 2013
[Unpublished]
_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Guatemalan citizen Bilder Peralta-Cifuentes petitions for review of an order of the Board of Immigration Appeals (BIA), denying his motion to reopen removal proceedings. In his motion to reopen, Peralta-Cifuentes sought permission to apply for withholding of removal and for relief under the Convention Against Torture. In denying his motion, the BIA concluded that he had not established prima facie

eligibility for either form of relief. After careful review, we conclude that the BIA acted within its discretion. <u>See</u> <u>Averianova v. Holder</u>, 592 F.3d 931, 936 (8th Cir. 2010) (standard of review); <u>Minwalla v. INS</u>, 706 F.2d 831, 834-35 (8th Cir. 1983) (no abuse of discretion in denying motion to reopen where petitioner's allegations did not establish prima facie case for substantive relief sought). Accordingly, we deny the petition for review. <u>See</u> 8th Cir. R. 47B.

_____